JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KATHY SUE HENDERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant.<br>_____ | NO. CV 11-02718 MLG<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, five hundred dollars and no cents ($2,500.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: September 27, 2011            _____
                                      HON. MARC L. GOLDMAN
                                      UNITED STATES MAGISTRATE JUDGE