1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICES OF SUSAN R. WASSERMAN
2  5055 Wilshire Blvd., Suite 340
   Los Angeles, CA 90036
3  Telephone: 323-954-9600
   Fax: 323-954-9616
4  E-mail: lawoffice5750@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KATHY SUE HENDERSON, | NO. CV 11-02718 MLG |
| Plaintiff, | **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, five hundred dollars and no cents ($2,500.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: September 27, 2011        _____
                                 HON. MARC L. GOLDMAN
                                 UNITED STATES MAGISTRATE JUDGE